*E-Filed 10/31/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAJESH MANI, | No. C 13-2389 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| J. HANSEN, et al., | |
| Defendants. | |

Plaintiff has failed to file an amended complaint by the deadline. Accordingly, this action is DISMISSED without prejudice for failure to comply with the Court's order, and under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any motion to reopen must contain an amended complaint that addresses the concerns raised in the order dismissing the complaint with leave to amend. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: October 31, 2013

RICHARD SEEBORG
United States District Judge