*E-Filed 3/31/15*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RAJESH MANI,                                      No. C 13-2389 RS (PR)

         Plaintiff,                        **ORDER REOPENING ACTION**

    v.

J. HANSEN, et al.,

         Defendants.

_____/

    This closed federal civil rights action was dismissed because plaintiff failed to file an amended complaint by the deadline.  He since has filed an amended complaint. Consequently, the action is REOPENED, and the Clerk is directed to amend the docket accordingly.  The judgment (Docket No. 9) and the order of dismissal (Docket No. 8) are VACATED.  The Court will review the amended complaint in a separate order.

    **IT IS SO ORDERED**.

DATED: March 31, 2015

                        RICHARD SEEBORG
                        United States District Judge