*E-Filed 1/14/16*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAJESH MANI, | No. C 13-2389 RS (PR) |
| Plaintiff, | **ORDER REOPENING ACTION** |
| v. | |
| J. HANSEN, et al., | |
| Defendants. | |

This closed federal civil rights action was dismissed because plaintiff failed to state any claims for relief in his complaints. He since has filed a third amended complaint. The action is REOPENED so that this latest filing can be considered. The Clerk is directed to modify the docket accordingly. **The judgment and the order of dismissal remain in effect.** In a separate order, the Court will review the new filing and determine whether it will grant plaintiff leave to file this third amended complaint.

Plaintiff's motion to proceed *in forma pauperis* (Docket No. 25) is DENIED as moot, plaintiff having been granted pauper status in a prior order (Docket No. 6). The Clerk shall terminate Docket No. 25.

**IT IS SO ORDERED**.

DATED: January 14, 2016

RICHARD SEEBORG
United States District Judge